UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THEODORE SANSOUCIE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:18-CV-0122 DDN |
| | ) |
| CINDY GRIFFITH, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

Petitioner moves for leave to proceed in forma pauperis. Upon review of the financial affidavit, the Court has determined that petitioner is unable to pay the filing fee. *See* 28 U.S.C. § 1915. The motion is granted.

Accordingly,

**IT IS HEREBY ORDERED** petitioner's motion for leave to proceed in forma pauperis [Doc. #2] is **GRANTED**.

Dated this 6th day of March, 2018.

/s/ David D. Noce
DAVID D. NOCE
UNITED STATES MAGISTRATE JUDGE